

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC,** Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

The court reporter's request for more time to file the reporter's record is granted. We order the court reporter, Leticia M. Escamilla, to file the reporter's record by December 26, 2018. Ms. Escamilla is advised that no further extensions of time will be granted absent a timely request that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts expended in preparing the reporter's record, and (3) provides the court reasonable assurance that the reporter's record will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court